EL PUEBLO, DEMANDANTE Y APELADO *v.* ORTÍZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en causa por delito contra el derecho electoral.

MOCIÓN del apelante para que se ordene al secretario de la corte inferior que remita los autos originales presentados como prueba por dicha parte.

No. 773.—Resuelto en diciembre 23, 1914.

EXPOSICIÓN DEL CASO—PRUEBA DOCUMENTAL—AUTOS ORIGINALES DE UN CASO.— La única forma de traer a este tribunal la prueba documental presentada

en el juicio, como son los autos originales que el acusado presentó como prueba en este caso y que ahora pide que se ordene al secretario de la corte inferior que los remita a esta corte, es transcribiendo en la exposición del caso dichos autos originales o la parte de ellos que sea necesaria para las pretensiones de la parte.

ID.—MODIFICACIÓN DE LA EXPOSICIÓN DEL CASO POR EL TRIBUNAL SUPREMO.— Este tribunal no puede modificar la exposición del caso incorporada en la transcripción de autos, que a eso equivale una moción para que por este tribunal se ordene al secretario de la corte inferior que remita a esta corte los autos originales presentados como prueba por el acusado; sin la intervención y aprobación del juez sentenciador que aprobó dicha exposición del caso.

CORRECCIÓN DE AUTOS—ALCANCE DE LA REGLA 55 DE LA CORTE SUPREMA—EX-POSICIÓN DEL CASO.—La regla 55 del reglamento de este tribunal no puede servir de base para pedir que este tribunal ordene al secretario de la corte inferior que remita a esta corte los autos originales de un caso presentados como prueba por el acusado.

Los hechos están expresados en la resolución.
Abogado del Pueblo: *Sr. Jaime Sifre, Jr.*
El apelante no compareció.

### RESOLUCIÓN.

POR CUANTO, la parte apelante ha presentado una moción alegando que el secretario de la corte sentenciadora ha dejado de transcribir en la transcripción de autos de este caso, los autos de una causa criminal que presentó como prueba en el acto del juicio, y pide que por este tribunal se ordene al Secretario de la corte inferior que remita los autos originales de dicha causa para formar parte de la transcripción de autos de esta apelación.

POR CUANTO, existe una exposición del caso aprobada por el juez sentenciador, en donde la única constancia que existe acerca de la presentación como prueba de los autos referidos, es la siguiente: ''La defensa presenta como prueba el caso de El Pueblo de Puerto Rico, contra Tomás Ortíz, visto en juicio del día 22 de octubre de 1914. La corte lo admite.''

POR CUANTO, la única forma de traer a este tribunal la prueba documental presentada en el juicio, como son los autos originales que el acusado presentó como prueba en este caso, es transcribiendo en la exposición del caso dichos autos ori-

ginales o la parte de ellos que sea necesaria para las preten-
siones de la parte.

POR CUANTO, de acuerdo con la jurisprudencia sentada por
este tribunal en el caso de *El Pueblo* v. *Sierra,* 17 D. P. R.,
634, la regla 55 del reglamento de este tribunal no es apli-
cable a un caso de la naturaleza del presente, ni puede el Tri-
bunal Supremo modificar la exposición del caso incorporada
en la transcripción de autos, que a eso equivale la moción de
la parte acusada, sin la intervención y aprobación del juez
sentenciador que aprobó dicha exposición del caso.

POR TANTO, vista la jurisprudencia y los preceptos legales
citados anteriormente y las reglas 40 y 40A del Reglamento
de este tribunal, y el artículo 356 del Código de Enjuicia-
miento Criminal enmendado por Ley de marzo 7, 1908, pág.
56, se declara sin lugar la moción de la parte apelante.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro, Aldrey y Hutchison.